IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:23-cr-43 |
| THOMAS HUNT | (18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)) |

## INFORMATION

### COUNT ONE

The United States Attorney charges:

From on or about September 13, 2021, and continuing thereafter until on or about October 13, 2021, in the Western District of Pennsylvania, the defendant, THOMAS HUNT, did knowingly attempt to receive a visual depiction using any means and facility of interstate and foreign commerce, namely, the Internet and a cellular telephone, the production of such visual depiction involving the use of a minor engaging in sexually explicit conduct and depicting a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant THOMAS HUNT that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 2253, in the event of the defendant's conviction under Count One of this Information.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in Count One of this Information, in violation of Title 18, United States Code, Section 2252, the defendant, THOMAS HUNT, shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, Section 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, or shipped, in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. The property subject to this forfeiture notice includes, but is not limited to:

    a. One (1) TCL REVVL 4 cellular telephone, model 5007Z, serial number BXYP99X4MJ79NJ4X.

4. If any of the property described above, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

BENJAMIN J. RISACHER
Assistant United States Attorney
PA ID No. 318436