CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__        Erie _____        Johnstown _____

Related to No. _____21-471_____    Judge _____Wiegand_____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

Case Number: 2:23-cr-43

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. _X_ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Thomas Hunt

Is indictment waived:         _X_ Yes       ____ No

Pretrial Diversion:           ____ Yes      _X_ No

Juvenile proceeding:          ____ Yes      _X_ No

Defendant is:                 _X_ Male      ____ Female

Superseding indictment or information    ____ Yes   _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on government's motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ___ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ___ this charge | ___ another charge |
| | ___ another conviction | |
| | ___ State | ___ Federal |
| Detainer filed: | ___ yes | ___ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Thomas Hunt | |

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) | Attempted Receipt of Material Involving the Sexual Exploitation of Minors | X |

FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE:   February 28, 2023                    */s/ Benjamin J. Risacher*
                                             BENJAMIN J. RISACHER
                                             Assistant U.S. Attorney
                                             PA ID No. 318436